# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERESA ANN MARIE
GLOWICKI,

           Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.

Case No. 18-12222
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 7)

    This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of October 30, 2018 (ECF No. 7), recommending that Plaintiff's *pro se* complaint challenging denial of Social Security Disability benefits be DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

    The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation.

1

28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to review the record independently. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of October 30, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Whalen's Report and Recommendation of October 30, 2018 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may pursue her challenge to the denial of her benefits once the administrative process is completed.

**SO ORDERED.**

Dated: November 30, 2018    s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on November 30, 2018.

s/A. Chubb
Case Manager
